UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED AMERICAN LINE/WORLDWIDE FREIGHT SERVICES, INC., <br><br>                    Plaintiff, <br><br> -against- <br><br> FAST TRADE INC., <br><br>                    Defendant. | Case No. 1:24-cv-04711 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On September 30, 2024, the Court ordered Plaintiff to file any motion for default judgment no later than October 21, 2024.  *See* Dkt. 15.  Plaintiff filed its proposed certificate of default on September 30, 2024, Dkt. 21, but did not file its motion for default judgment by October 21, 2024.  As a courtesy, the Court extended the deadline for Plaintiff to file its motion for default judgment to October 30, 2024.  Dkt. 24.  That deadline has passed without Plaintiff filing its motion for default judgment or otherwise contacting the Court.

As a courtesy, the Court will allow a second extension and permit Plaintiff to file a motion for default judgment by **November 21, 2024**.  Failure to comply with this deadline may result in dismissal of this case without prejudice for failure to prosecute.

Dated: November 7, 2024
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

1