UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED AMERICAN LINE/WORLDWIDE FREIGHT SERVICES,

                    Plaintiff,

-against-

FAST TRADE INC.,

                    Defendant.

Case No. 1:24-cv-04711 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      Following Plaintiff's motion for default judgment, on December 13, 2024, the Court entered an Order to Show Cause and scheduled a hearing on the Order to Show Cause for January 6, 2025. Dkt. 34. In that order, the Court directed Plaintiff to serve the motion for default judgment and a copy of the order on Defendant within two business days of the filing of the Order to Show Cause, and to file proof of service within two business days of service. *Id.* That deadline passed without Plaintiff filing proof of service or otherwise communicating with the Court, and on December 30, 2024, the Court directed Plaintiff to file an update as to service by January 2, 2025. Dkt. 35. On January 2, 2025, Plaintiff informed the Court that it had arranged for service "today" on Defendant. Dkt. 37.

      In light of Plaintiff's failure to serve Defendant as ordered, the Court will adjourn the default judgment hearing scheduled for January 6, 2025, to **January 21, 2025 at 12:30 p.m**. The Court will also extend the time for Defendant to file any opposition to the motion for default judgment to **January 13, 2025**. Plaintiff is directed to serve Defendant with a copy of this Order

within two business days of filing of this Order and file proof of such service on the docket within two business days of service.

Dated: January 2, 2025
      New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge